# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACOSTA, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01256 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT TO CORRECT NAME OF DEFENDANT<br><br>[ECF No. 8] |

　　　　Plaintiff is a state prisoner proceeding in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

　　　　On August 5, 2014, Plaintiff filed his complaint. On August 18, 2014, he filed the instant motion to amend the complaint to correct a name. Plaintiff asks that the complaint be amended to reflect the name of Edmund G. Brown, Jr., wherever the pleadings name Jerry Brown. The Court has reviewed the complaint and finds no instance of a defendant or person involved being

1 | named Jerry Brown.  However, the Court notes that the complaint does contain one instance
2 | where Plaintiff names Edmund G. Brown.
3 |     Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

   Dated: **September 10, 2014**          /s/ *Dennis L. Beck*
                                             UNITED STATES MAGISTRATE JUDGE